# SUSAN C. WOLFE, ESQ.
Law office of Susan C. Wolfe
1700 Broadway, 41st Floor
New York, York 10019

Tel: (917) 209-0441
Email: scwolfe@scwolfelaw.com

Diane Fischer,
of counsel

March 6, 2020

Honorable Kenneth M. Karas
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Jeffrey Crossland*, 19-cr-645 (KMK)

Dear Judge Karas:

I am writing to request that my client, Jeffrey Crossland, who lives in California, appear by video at the next status conference on March 17, 2020.

I anticipate that the conference will be devoted to discovery issues, including certain discovery that requires a complicated and expensive program in order to access it.

Thank you for your consideration.

Very truly yours,

S/

SUSAN C. WOLFE

*Denied. Defendant can appear in person or by telephone, and the latter will still require a waiver.*
*So Ordered.*

3/9/20