**MEMO ENDORSED** **SUSAN C. WOLFE, ESQ.**

Law office of Susan C. Wolfe
1700 Broadway, 41st Floor
New York, York 10019

Tel:   (917) 209-0441
Email: scwolfe@scwolfelaw.com

Diane Fischer,
of counsel

December 11, 2020

Honorable Kenneth M. Karas
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Jeffrey Crossland et. al.*, 19-cr-645 (KMK)

Dear Judge Karas:

    In requesting an extension of the defendants' time to file their pretrial motions, I neglected to ask, on the government's behalf, for a commensurate extension of their time to answer, until February 18, 2021, and a date for the defendants' reply, two weeks after that, March 4, 2021.

    I apologize for the oversight and ask the Court to adopt the foregoing schedule. The defendants consent to the exclusion of time until March 4, 2021, the date the motions will be fully briefed

    Thank you for your consideration.

Granted.

So Ordered.

*[signature]*

12/11/20

Very truly yours,

S/

SUSAN C. WOLFE