The Law Office of Ali Najmi
32 Broadway, Suite 1310
New York, NY 10004



(212) 401-6222
Fax: (888) 370-2397
ali@najmilaw.com

**VIA ECF TO ALL PARTIES**

**MEMO ENDORSED**

June 14, 2021

Honorable Kenneth M. Karas
United States District Court Judge
300 Quarropas Street
White Plains, NY 10601

**RE: United States v. Stephen Parente** (7:19-cr-00645)

Dear Judge Karas:

Our office represents Stephen Parente in the above referenced matter. Mr. Parente is scheduled for an in-person plea tomorrow before the Court. We are writing to request a brief adjournment of this plea due to medical reasons. Mr. Parente has informed us he is not feeling well and too sick to travel.

Our client and our office would be available to appear before Your Honor within two weeks on any date best for the Court.

Granted. The conference is adjourned to 7/8/21 at 10:30 am. Time is excluded until then, in the interests of justice, to account for Mr. Parente's health issues. The interests of justice from this exclusion outweigh the public's and Mr. Parente's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

6/14/21

Sincerely,

_____/s/_____
Ali Najmi, Esq.