UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JEFFREY CROSSLAND, *et al.*,<br><br>Defendants. | 19-CR-645 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

For the reasons stated on the record at the Oral Argument on June 15, 2021 the Court denies Defendant Crossland's Motion To Sever, Motion To Suppress, and the request to disclose Federal Rule 404(b) evidence, all without prejudice. The Court denies Defendant Crossland's Motion To Dismiss the single-count indictment as duplicitous with prejudice. The Clerk of Court is respectfully requested to terminate the pending Motions. (Dkt. Nos. 49, 51, 62.)

SO ORDERED.

Dated: June 15, 2021
White Plains, New York

KENNETH M. KARAS
United States District Judge