**MEMO ENDORSED**

## SUSAN C. WOLFE, ESQ.
Law office of Susan C. Wolfe
1700 Broadway, 41st Floor
New York, York 10019

Tel: (917) 209-0441
Email: scwolfe@scwolfelaw.com

Diane Fischer,
of counsel

August 2, 2021

Honorable Kenneth M. Karas
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Jeffrey Crossland et. al.*, 19-cr-645 (KMK)

Dear Judge Karas:

With the consent of the government, and joined by co-defendant Robinson, Mr. Crossland requests that the upcoming conference on August 4, 2021, be adjourned for two weeks, to the week of August 16th.

The adjournment will give the parties time to continue discussing a potential resolution. The defendants consent to an exclusion of time under the Speedy Trial clock.

Thank you for your consideration.

Very truly yours,

S/

SUSAN C. WOLFE

*Denied.*

*So ordered.*

*[signature] KMK*

*8/3/21*