# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc #  _____
Date Filed:  September 16, 2021
```

United States District Court
Southern District of New York
----------------------------------------------------------X

United States of America,

                Plaintiff              **SCHEDULING ORDER**

     -against-                      7:19-cr-00645-KMK

Jeffrey Crossland
                Defendant
----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a change of plea hearing for 9/17/2021 at 4 pm before Magistrate Judge Paul E. Davison. Counsel will be provided with a Teams video link and will also call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:  9/16/2021
        White Plains, New York

                                          SO ORDERED:

                                          s/       PED

                                          PAUL E. DAVISON
                                          United States Magistrate Judge