UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

Jeffrey Crossland
          Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

7:19cr-00645-KMK

Defendant Jeffrey Crossland hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐     Initial Appearance Before a Judicial Officer

☐     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☒     Guilty Plea/Change of Plea Hearing

☐     Bail/Detention Hearing

☐     Conference Before a Judicial Officer - Assignment of Counsel

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

JEFF CROSSLAND
Print Defendant's Name

_____
Defendant's Counsel's Signature

Susan C. Wolfe
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9-15-21
Date

9/17/21

_____
U.S. District Judge/U.S. Magistrate Judge