**MEMO ENDORSED**

# NAJMI LAW

32 Broadway, Suite 1310, New York, NY 10004 | Phone: (212) 401-6222 | Fax: (888) 370-2397 | ali@najmilaw.com

**VIA ECF TO ALL PARTIES**

February 10, 2022

Honorable Kenneth M. Karas
United States District Court Judge
300 Quarropas Street
White Plains, NY 10601

    **RE: United States v. Stephen Parente** (7:19-cr-00645)

Dear Judge Karas:

    The court is presently scheduled to sentence Mr. Parente on February 23, 2022. We are respectfully requesting an adjournment of Mr. Parente's sentencing by one week so we may provide the Court our sentencing memorandum a full two weeks in advance of the sentencing date in compliance with Your Honor's part rules.

    We have communicated our intent to request an adjournment with Assistant United States Attorney Margery Feinzig and she has represented to us that her office has no objection to this request for adjournment.

Sincerely,

_____/s/_____
Ali Najmi, Esq.

*The sentence will go forward on 3/18 at 11:00 A.M. The Court will be on trial the first week of March.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
2/10/2022