UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Re: Criminal Cases

19-CR-645

NOTICE OF VIDEOCONFERENCE
INFORMATION

KENNETH M. KARAS, United States District Judge:

The Court will hold the hearing scheduled in the above-captioned case on March 17, 2022, at 10:00am by video using Zoom. This supersedes the prior notice issued on March 11, 2022. Counsel shall join the proceeding by accessing the platform through the website https://zoom.us/join or by downloading the application, and entering the following information:

Meeting ID: 823 3893 6361

Access Code: 849077

SO ORDERED.

Dated:   March 15, 2022
         White Plains, New York

_____
KENNETH M. KARAS
United States District Judge