**SUSAN C. WOLFE, ESQ.**
Law office of Susan C. Wolfe
2400 Johnson Ave Suite 1G
Bronx, New York 10463

Tel:       (917) 209-0441                                                           Diane Fischer, Esq.
Email: scwolfe@scwolfelaw.com                                          Of Counsel

September 22, 2022

Honorable Kenneth M. Karas
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

Re: *United States v. Jeffrey Crossland,* 19-cr-645  (KMK)

Dear Judge Karas:

My client Jeffrey Crossland is scheduled to surrender to FCI Terminal Island tomorrow, September 23, 2022.  He tested positive for Covid last weekend and was still testing positive as of yesterday.  I was advised by a BOP staff attorney that Mr. Crossland should obtain an order from the Court postponing his surrender.  The next day I received an email stating that, according to medical staff at FCI Terminal Island, "your client will have to clear 10 days from date of symptom start."

The symptoms began on or about September 17, 2022 and he tested positive on the 18th and the 21st.  Ten days after the onset of symptoms would be September 28th.

We therefore request a postponement of Mr. Crossland's date to surrender until September 28, 2022

Thank you for your consideration.

Respectfully,

s/
Susan C. Wolfe

**Granted.**
**Date: 9/23/2022**

SO ORDERED
/s/ Kenneth M. Karas
KENNETH M. KARAS U.S.D.J.